United States District Court
Southern District of Texas

**ENTERED**
July 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CYNTHIA  MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-215 |
| | § | |
| JPMORGAN CHASE BANK, N.A., *et al*, | § | |
| | § | |
| Defendants. | § | |

## AGREED JUDGMENT

Before the Court is the Motion for Entry of Agreed Judgment (the "Motion") filed by Plaintiffs Cynthia Martinez and Rudolph Martinez ("Plaintiffs") and Defendants JPMorgan Chase Bank, N.A. ("JPMC") and Federal Home Loan Mortgage Corporation ("Freddie Mac") based on the agreement reached among them (the "Motion"). (Dkt. No. 10). Having considered the Motion and pleadings, the Court finds the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED**, and **DECREED** that Texas Home Equity Security Instrument (First Lien) (the "Deed of Trust") on that certain parcel of real property located at 1214 E. Colony Drive, Pharr, Texas 78577 (the "Property"), which was recorded as instrument no. 2015-2631753 in the Official Public Records of Hidalgo County, Texas is valid and enforceable and there was no violation of the Texas Constitution in connection with the origination of the loan secured by such Deed of Trust. The legal description for the Property is as follows:

> All of Lot 11, The Colony Estates 1, an Addition to the City of Pharr, Hidalgo County, Texas, According to the map recorded in Volume 31, Page 105-B, Map Records, In the Office of the County Clerk of Hidalgo County, Texas, Reference to Which is Here Made for All Purposes.

   **IT IS FURTHER ORDERED, ADJUDGED**, and **DECREED** that Plaintiffs shall take nothing by way of the claims they asserted against Defendants and all such claims are dismissed with prejudice. All costs, as between Plaintiffs and Defendants are to be borne by the party incurring same. All relief not expressly granted herein is **DENIED**. This is a final judgment.

   SO ORDERED this 24th day of July, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge